782

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Aulisi, J.

In the Matter of the Claim of Rose Halpern, Appellant, v. Murray Halpern Agency, Inc., et al., Respondents. Workmen's Compensation Board, Respondent.— Herlihy, J.

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Herlihy, J.

Jerome M. Goldman, Respondent, v. State of New York, Appellant. (Claim No. 44083.) — Gabrielli, J.

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Gabrielli, J.

In the Matter of the Arbitration between DIANE WEISBURGH, Respondent, and MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Appellant.— STALEY, JR., J.